IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN LEONARD McGHEE,

    Petitioner,                    No. CIV S-02-1972 GEB JFM P

    vs.

TOM L. CAREY, et al.,

    Respondents.               ORDER

_____/

        Petitioner is proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed September 17, 2002, respondents were directed to lodge any and all transcripts or other documents relevant to the determination of the issues presented herein. On January 21, 2003, respondents lodged those portions of the state court record that had not been sealed. Petitioner cites to various pages which appear to be included in the sealed portions of the transcripts. (For example, RT 8-22; 64-71; 380-96.)

        Accordingly, counsel for respondents will be directed to obtain all sealed documents from the state court forthwith. Those documents filed under seal in state court shall also be filed under seal in this court.

/////

1  IT IS HEREBY ORDERED that within twenty days, respondents shall obtain all
2 sealed documents from the state court record and forward them to the chambers of the
3 undersigned.  The undersigned will then file the sealed state court records under seal in the
4 instant action.
5 DATED: October 25, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/001; mcgh1972.sea