IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN LEONARD McGHEE,

    Petitioner,             No. CIV S-02-1972 GEB JFM P

    vs.

TOM L. CAREY, et al.,

    Respondents.          ORDER

                              /

        Petitioner is proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed October 26, 2005, respondents were directed to lodge sealed portions of the state court transcripts within twenty days. On November 10 and 21, 2005, counsel filed updates concerning his efforts to obtain the sealed materials. Although counsel has requested the records from the state appellate court, his efforts have been delayed due to the records having been sent to storage. Good cause appearing, respondents will be granted an extension of time in which to comply with this court's October 26, 2005 order.

        IT IS HEREBY ORDERED that respondents are granted an additional twenty days in which to comply with this court's October 26, 2005 order.

DATED: December 6, 2005.

UNITED STATES MAGISTRATE JUDGE

/001; mcgh1972.ext

1